

# NUMBER 13-24-00135-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

### IN THE GUARDIANSHIP OF REBECA G. GRACIA,
### AN INCAPACITATED PERSON

---

### ON APPEAL FROM THE PROBATE COURT
### OF HIDALGO COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Silva**
**Memorandum Opinion by Justice Longoria**

This matter is before the Court on appellant's motion to dismiss. Appellant wishes to withdraw or dismiss this appeal.

Having considered appellant's motion, we are of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs

against the appellant."). Because the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained.

NORA L. LONGORIA
Justice

Delivered and filed on the
25th day of July, 2024.